UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLYSON WICKER,

Plaintiff,

-against-

CITY OF NEW YORK ET AL.,

Defendants.

26-CV-7459 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated September 4, 2026, the Court directed Plaintiff to either pay the $405.00 in fees required to bring a civil action in this court or file an application to proceed *in forma pauperis* ("IFP"). (ECF 3.) On October 1, 2026, Plaintiff filed a letter requesting an extension of time to comply with the Court's order. (ECF 4.)

The Court grants Plaintiff's request. Within 30 days of the date of this order, Plaintiff must either pay the filing fees or submit an IFP application.

If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to refiling.

The Court directs the Clerk of Court to terminate the motion pending at ECF 4.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: October 2, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge